| | | | |
|---|---|---|---|
| Com. v. Scuderi . . . . | 12/02/2015352 EAL (2015) | Denied | Pa.Super., 120 A.3d 1047 |
| Com. v. Singleton . . | 12/11/2015523 EAL (2015) | Denied | Pa.Super., 131 A.3d 96 |
| Com. v. Smith . . . . . . | 12/16/2015383 WAL (2015) | Denied | Pa.Super., 131 A.3d 101 |
| Com. v. Talbert . . . . . | 12/16/2015663 MAL (2015) | Denied | Pa.Super., 131 A.3d 81 |
| Com. v. Thompson | 12/07/2015504 EAL (2015) | Denied | Pa.Super., 131 A.3d 99 |
| Com. v. Thompson [2] | 12/07/2015662 MAL (2015) | Denied | Pa.Super., 125 A.3d 466 |
| Com. v. Tyson . . . . . . | 12/01/2015537 MAL (2015) | Denied | Pa.Super., 119 A.3d 353 |
| Com. v. Venable . . . . | 12/02/2015419 EAL (2015) | Denied | Pa.Super., 122 A.3d 439 |
| Com. v. Watson . . . . | 12/16/2015533 MAL (2015) | Denied | Pa.Super., 122 A.3d 1130 |
| Com. v. Wheeler . . . . | 12/16/2015316 WAL (2015) | Denied | Pa.Super., 125 A.3d 442 |
| Com. v. Williams . . . | 12/02/2015409 EAL (2015) | Denied | Pa.Super., 122 A.3d 460 |
| Com. v. Williams . . . | 12/07/2015711 MAL (2015) | Denied | Pa.Super., 131 A.3d 100 |
| Com. v. Williams . . . | 12/16/2015554 MAL (2015) | Denied | Pa.Super., 121 A.3d 1126 |
| Com. v. Wilson . . . . . | 12/02/2015263 WAL (2015) | Denied | Pa.Super., 111 A.3d 747 |

2. Reconsideration Denied January 11, 2016.